**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01565-REB-CBS

CLAUDIA E. HALL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Motion For Dismissal** [#12] filed November 8, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that his action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Dismissal** [#12] filed November 8, 2010, is **GRANTED**;

    2. That the Trial Preparation Conference set for November 4, 2011, is **VACATED**;

    3. That the trial to the court set to commence November 7, 2011, is **VACATED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 8, 2010, at Denver, Colorado.

                                                       **BY THE COURT:**

                                                       */s/ Robert E. Blackburn*
                                                       Robert E. Blackburn
                                                       United States District Judge